UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND,<br>    Plaintiffs,<br><br>vs.<br><br>C & H CONSTRUCTION AND EXCAVATION, LLC,<br>    Defendant. | Case No. 4:12-cv-00020 NAB |

**ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **C & H Construction and Excavation, LLC** on **April 23, 2012**, indicating defendant was served on **April 13, 2012**, with a responsive pleading due by **May 4, 2012**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 7th day of May, 2012.

/s/ Nannette A. Baker
Honorable Nannette A. Baker
UNITED STATES MAGISTRATE JUDGE